**Order Filed September 27, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01094-CV

### IN RE DERRICK LYNN JOHNSON, Relator

**Original Proceeding from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1655027**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

/s/ LANA MYERS
JUSTICE